# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL ISLEY, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
|      v. | : | No. 15-3082 |
| | : | |
| AKER PHILADELPHIA SHIPYARD, INC. | : | |
|       Defendant. | : | |

## ORDER

This 8th day of June, 2016, upon consideration of Defendant Aker Philadelphia Shipyard, Inc.'s Motion for Summary Judgment, Plaintiff's Response, and Defendant's Reply, it is **ORDERED** that Defendant's Motion is **GRANTED** as to Plaintiff's disability retaliation claim under the ADA and PHRA, and the Motion is **DENIED** as to Plaintiff's race retaliation claim under Title VII, 42 U.S.C. § 1981, and the Pennsylvania Human Relations Act.

    /s/ Gerald Austin McHugh
United States District Court Judge